338 F.3d 534
 AMERICAN ELECTRIC POWER COMPANY, INC. and Affiliated Corporations; Aep Service Corporation; Appalachian Power Company; Central Ohio Coal Company; Columbus Southern Power Company; Conesville Coal Preparation; Indiana Michigan Power Company; Kingsport Power Company; Ohio Power Company; Southern Ohio Coal Company Plaintiffs-Appellants
v.
UNITED STATES of America Defendant-Appellee
 No. 01-3495.
 United States Court of Appeals, Sixth Circuit.
 July 9, 2003.
 
 Before: NELSON, COLE and GILMAN, Circuit Judges.
 
 
 1
 Upon consideration of the petition for rehearing filed by the appellants',
 
 
 2
 It is ORDERED that the petition for rehearing be, and it hereby is, DENIED.
 
 
 3
 It is further ORDERED that Judge Nelson's separate concurring opinion has been withdrawn.